# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BEDROCK MANAGEMENT, Inc., an Illinois corporation, Plaintiff | ) ) ) ) | |
| vs. | ) ) | Case No. 14-cv-6624 |
| PEOPLES CHOICE ENTERTAINMENT, Inc., an Illinois corporation, and John Sarantakis, individually Defendants | ) ) ) ) ) | |

### VERIFIED COMPLAINT

Now comes BEDROCK MANAGEMENT, Inc., ("Bedrock") by and through its attorney, Gregory J. Ellis, Esq., Ltd., and files its Verified Complaint together with an application for a Temporary Restraining Order and Preliminary Injunction seeking relief at law and in equity against Defendants, Peoples Choice Entertainment, Inc. ("Peoples") and John Sarantakis ("Sarantakis") collectively hereinafter "Defendants".

### A. SUBSTANCE OF THE ACTION

1. This case involves infringement upon the distinctive Rock Vegas trademark and service mark by Bedrock in connection with the sale and promotion of its video gaming (Illinois video poker) services in the United States. Defendants' infringement arises out of the unauthorized use of the Rock Vegas service mark in connection with the identical gaming (video poker) services – using the terms "Roc Vegas" and "RocVegas.com internet domain name. (infringing uses).

2. Defendants' use of the Rock Vegas mark in the infringing manner violates Bedrock's rights under federal trademark law, (15 U.S.C. §1125(a), cybersquatting, (15 U.S.C.

§1125(d)) Bedrock asserts claims for federal trademark infringement for false designation

of origin or sponsorship, cybersquatting pursuant to the Lanham Act, as well as, common

law trademark infringement and unfair competition. Furthermore, Bedrock brings claims

under the Illinois Trademark Registration and Protection Act and the Illinois Deceptive

Trade Practices Act. Bedrock, seeks a Temporary Restraining Order (TRO) and a

permanent injunction preventing Defendants from using the distinctive Rock Vegas mark

or any confusingly similar names along with an award of damages, treble damages,

profits from Defendants video gaming, and attorney's fees and costs.

## B. THE PARTIES

3. Bedrock is a business organized and existing under the laws of the state of Illinois with its

principal office in Fox Lake, Illinois. They are citizens of the United States and residents

of Illinois.

4. Defendant Peoples is a corporation organized and existing under the laws of Illinois. It is

a citizen of the United States and a resident of Illinois. It's principal office is in Waukegan,

Il. Defendant may be served through its registered agent, Philip Tarallo, 200 W. Higgins

Rd, #300, Schaumburg, IL 60195.

5. Defendant John Saratakis may be served at his residence, 16926 Johnathan Lane, Gurnee,

IL 60031. He is a citizen of the United States and a resident of Illinois.

## C. JURISDICTION AND VENUE

6. Count I herein arises under the laws of the United States prohibiting infringement of

unregistered trademarks, specifically the Lanham Act, 15 U.S.C. §1125(a) and for false

designation of origin in violation of Section 43(a) of the Lanham Act, 15 U. S. C.

§1125(a).

7. Count II is a violation of the federal Cybersquatting Act (. §1125(a)) §43a) for defendants confusingly similar RocVegas.com internet domain name for video gaming services.

8. Count III arises under the common law of Illinois prohibiting trademark infringement of registered trademarks and Count IV arises under the common law of Illinois prohibiting trademark infringement. Counts V and VI arise out of violations of Illinois State law of unfair competition and violation of deceptive trade practices.

9. This Court has original jurisdiction over Count I and II of this Complaint pursuant to 15 U.S.C. §1125(a) and §1125(d), 28 U.S.C. §§1331 and 1338(a).

10. This Court has supplemental jurisdiction over Counts III, IV, V, and VI of the Complaint pursuant to 28 U.S.C. §1367(a) because they are so related to Counts I and II as to be part of the same case or controversy.

11. Defendants have submitted to this Court's jurisdiction as it is domiciled in this district (Waukegan, Illinois) and is doing business in the state of Illinois.

12. The exercise of personal Jurisdiction over Defendants by this Court is consistent with federal Due Process Clause.

13. Venue is proper in this district pursuant to 28 U.S.C. §1391 as Defendants are domiciled in this district and have committed the acts of infringement, cybersquatting, deceptive trade practices, and unfair competition complained of in this district.

### D. GENERAL ALLEGATIONS

#### 1. Bedrock's Intellectual Property Rights

14. Bedrock is in the business of fuel centers and truck stops.

15. Related to its fuel center business, Bedrock has a video gaming business known as Rock Vegas, pursuant to a license from the Illinois Gaming Board. The five (5) gaming terminals are in a designated area in the fuel centers branded as Rock Vegas.

16. Bedrock owns intellectual property rights for its business. Included within these rights is the Illinois registered trademark for "Rock Vegas" in connection with its video gaming business. (Exhibit F)

17. On August 8, 20012 Bedrock submitted an application with the Illinois Gaming Board to obtain five (5) video gaming terminals at its Fox Lake, IL d/b/a/ Rock Corner Marathon fuel center/truck stop. (Exhibit A and B)

18. The video gaming area of the Rock Corner Marathon building is called Rock Vegas.

19. On March 20, 2013 the Illinois Gaming Board (see their website print-out Exhibit C) approved Plaintiff as a video gaming licensee as a Truck Stop Establishment for Bedrock Management, Inc. d/b/a Rock Corner Marathon. (the establishment was entitled to a maximum of five (5) video gaming machines).

20. The gaming area of Bedrock's Rock Corner Marathon was trademarked and service marked as "Rock Vegas" by common law on March 20, 2013 upon the approval of a video gaming license from the Illinois Gaming Board. (Exhibit C)

21. In March 2013 Bedrock contracted with an art design studio to paint the walls of the gaming area with the Rock Vegas sign, a logo, and wall mural. The invoice upon completion for the wall mural is dated April 10, 2013 and a photograph of the wall mural are attached as Exhibit D.

22. The Rock Vegas gaming area opened for gaming business to the public on April 15, 2013. Indoor and outdoor signage, advertisements, and promotional materials used the

Rock Vegas trademark/service mark throughout the Rock Corner facility and on billboards.

23. A sample of billboards and a wrapped business van invoiced from September through November are attached as Exhibit E.

24. Relevant to this Complaint, Bedrock is the owner of, Illinois state registration number 106406, for the words "ROCK VEGAS" for video gaming and amusements. (Exhibit F) The registration is active and unrevoked, and constitutes *prima facie* evidence of Bedrock's ownership of the marks. [See attached, Exhibits F] The registration serves as conclusive evidence of the validity of the trademark and Bedrock's exclusive rights to the mark in connection with the services covered by the registration, i.e. video gaming.

25. Bedrock is engaged in the sale and/or licensing of promotional merchandise, bearing the Rock Vegas marks in Illinois and Wisconsin.

26. Bedrock maintains strict control over the quality and nature of its products and items bearing the Rock Vegas marks to promote its gaming services

27. Bedrock has invested considerable time and money in advertising the Rock Vegas marks throughout Illinois and elsewhere in the United States.

28. Bedrock has acquired substantial goodwill among its customers in this District.

29. As a result of such goodwill and as a result of extensive advertising, the Rock Vegas marks have become highly valuable.

2. Defendants' Infringement of Bedrock's Trademark Rights

30. Subsequent to Bedrock's use and registration of the Rock Vegas mark Defendants began using the Rock Vegas mark in a confusingly similar variation of the mark. Defendants used the confusingly similar name "Roc Vegas" with identical video gaming. (Exhibit G)

Defendants first use of Roc Vegas in its Waukegan, IL location and later expanded to a Lindenhurst, IL location. The gaming is related to Defendants' Rocky's Pizza place.

31. Defendants have not received permission from Bedrock or anyone acting on Bedrock's behalf, to advertise or sell services or items bearing the Rock Vegas trademark or the confusingly similar Roc Vegas name and RocVegas internet domain name.

32. By advertising and/or selling items bearing the Rock Vegas mark without permission, Defendants have attempted to profit from and capitalize on the trademark rights and substantial goodwill developed by Bedrock's Rock Vegas.

33. Defendants have willfully and intentionally produced, advertised and/or sold products bearing the Rock Vegas mark with knowledge that the Rock Vegas marks are owned by Bedrock.

34. Defendants produced, advertised and/or sold items bearing the Rock Vegas mark with knowledge that the Defendants' use of the Rock Vegas mark was unauthorized.

35. The production of signage, t-shirts, and other advertisements, and/or sale of items bearing the Rock Vegas/Roc Vegas confusingly similar mark created a likelihood of consumer confusion in the video gaming area.

36. On information and belief and based on the similarities, subsequent to Bedrock's Rock Vegas opening on April 15, 2013, in Fox Lake, IL, Defendants' representatives visited the Rock Vegas gaming facility and took photographs for use in their planned gaming areas in nearby Waukegan, IL.

37. On May 23, 2013 Defendant was approved for a gaming license by the Illinois Gaming Board for a maximum of five (5) gaming terminals. They were approved two (2) months

after Bedrock's approval. (The machines were not approved to be connected to its State system and open to the public until July 2013.) (Exhibit H)

38. On December 8, 2013 Defendant through its President, John Sarantakis created the confusingly similar internet domain name "ROCVEGAS.com" through GoDaddy.com. (Exhibit I) This infringement was about nine (9) months after Bedrock's first use of Rock Vegas for gaming in March 2013.

39. On or about June 2014 Bedrock became aware of Defendants' use and infringement of the Rock Vegas trademark/service mark.

40. On June 20, 2014 Bedrock's attorney sent a cease and desist letter to Defendants' President and individual Defendant Sarantakis. (Exhibit J) The letter was received and signed by Defendant Saratakis on July 8, 2014. (Exhibit J)

41. After receipt of the cease and desist letter explained the unlawful use of "Roc Vegas" for the identical gaming services, Defendants continued to infringe the Rock Vegas mark by using the confusingly similar "Roc Vegas" name and "RocVegas.com domain name" at its two locations.

42. On August 14, 2014 Bedrock, through its attorney, sent a DEMAND LETTER/ cease and desist letter. The letter demanded Defendants to no longer use "Roc Vegas" and to stop violating Bedrock's trademark rights. (Exhibit K)

43. Defendant used the Rock Vegas mark with the intent to confuse and/or deceive consumers.

E. PLAINTIFF'S CLAIMS

COUNT I

FALSE DESIGNATION OF ORIGIN OR SPONSERSHIP

UNDER 15 U.S.C. § 1125(a)

44. Bedrock incorporates by reference the allegations contained in paragraphs 1-43 of this Complaint.

45. Defendants used the Rock Vegas mark in commerce and in connection with the sale of goods and/or services.

46. Defendants' unauthorized use of the Rock Vegas mark is likely to cause confusion or mistake and/or is likely to deceive consumers as to the affiliation, connection, or association of Defendants with Bedrock; or as to the origin, sponsorship, or approval of Defendants' goods or services by Bedrock.

47. Defendants' conduct constitutes false or misleading descriptions, and false designations of the origin and/or sponsorship of Defendants' goods or services in violation of §43(a) of the Lanham Act, as amended, 15 U.S.C. §1125(a).

48. As a result of Defendants' conduct, Bedrock has suffered irreparable harm to its valuable Rock Vegas trademark. Unless Defendants are enjoined temporarily and permanently from further false designation, Bedrock will continue to suffer irreparable harm for which it has no adequate remedy at law.

49. A temporary restraining order followed by a preliminary and permanent injunction is necessary to prevent Defendants from further interference with Bedrock's trademark rights.

50. As a result of Defendants' violation of 15 U.S C. §1125(a), Bedrock has been injured and is entitled to damages, including, but not limited to, Defendants' profits from video gaming, profits from the sale of all infringing items, actual damages, treble damages, and

costs of suit. Because Defendants' infringement is willful, this should be deemed an exceptional case entitling Bedrock to attorney's fees under 15 U.S C. §1117(a).

## COUNT II

## CYBERSQUATTING

## UNDER 15 U.S.C. §1125(d)

51. Bedrock incorporates by reference paragraphs 1 through 43 inclusive, as if fully set forth herein.

52. Bedrock is informed and believes, and based thereon alleges, that Defendants acquired, and subsequently made use of, the Rocvegas.com domain name. True and correct copies of the domain name registration records for RocVegas.com reflecting Defendant Sarantakis's ownership of the domain name are attached hereto as Exhibit I and are hereby incorporated by reference as though set forth in full herein.

53. Bedrock is informed and believes, and based thereon alleges, that Bedrock began using the distinctive Rock Vegas Mark nine (9) months prior to Defendants' Rocvegas.com domain name. (Exhibit I) By the time Defendant Sarantakis acquired the RocVegas,com domain name the Rock Vegas Mark was widely recognized as an indicator of the source for Bedrock's video gaming services, and were well known in the new Illinois gaming industry as a leader in revenues and services.

54. Defendants' RocVegas.com domain name is confusingly similar and/or dilutive of Bedrock's Rock Vegas.

55. Bedrock is informed and believes, and based thereon alleges, that Defendants acquired and has used the RocVegas.com domain name with bad faith intent to profit from the Rock Vegas mark owned by Bedrock.

56. Defendants' acts alleged above have caused, and if not enjoined will continue to cause, irreparable and continuing harm to Bedrock's mark, business, reputation, and goodwill. Bedrock has no adequate remedy at law as monetary damages are inadequate to compensate Bedrock for the injuries caused by Defendant.

57. Bedrock is entitled to cancellation of Defendants' RocVegas.com domain name registration or transfer the domain name to Bedrock along with monetary compensation, attorney's fees, and statutory penalties pursuant to the Anti-Cybersquatting Consumer Protection Act, 15 U. S. C. §1125(d).

## COUNT III

## INFRINGMENT UNDER THE ILLINOIS TRADEMARK REGISTRATION

## AND PROTECTION ACT, 765 ILCS 1036/1, et seq.

58. Bedrock incorporates herein by reference the allegations contained in paragraphs 1-43 of this Complaint.

59. Defendants have used, without the consent of Bedrock, reproductions, counterfeits, copies, or colorable imitations or confusingly similar names of the Rock Vegas registered Illinois trademark.

60. Defendants' use of the Rock Vegas mark in connection with the sale, offering for sale, or advertising of goods and video gaming services is likely to cause confusion or mistake or to deceive s to the source or origin of such goods and services.

61. Defendants have reproduced, counterfeited, copied or colorably imitated the Rock Vegas mark and applied the mark to labels, signs, t-shirts and advertisements intended to be used upon or in conjunction with the sale or promotion of video gaming in the State of Illinois.

62. Defendants' use of the Rock Vegas creates the likelihood of confusion, mistake, and/or deception among consumers.

63. Defendants' acts were committed with the knowledge that such reproductions, counterfeits, copies or colorable imitations were intended to be used to cause confusion, or to cause mistake, or to deceive consumers of video gaming knowing Rock Vegas was protected by common law and was a registered trademark in Illinois.

64. As a result of Defendants' infringement, Bedrock has suffered irreparable harm to the valuable Rock Vegas mark. Unless Defendants are temporarily and permanently enjoined from further infringement, Bedrock will continue to suffer irreparable harm.

65. A temporary, preliminary, and permanent injunction is necessary to prevent Defendants from further interference with Bedrock's trademark rights.

66. As a result of Defendants' infringement under § 60 of the Illinois Trademark Registration and Protection Act, Bedrock has been injured and is entitled to damages, including but not limited to, Defendants' profits from video gaming, profits from the sale of all infringing items, actual damages, treble damages, costs of suit, and attorney's fees.

COUNT IV

COMMON LAW TRADEMARK INFRINGMENT

67. Bedrock incorporates by reference the allegations contained in paragraphs 1-43 of this Complaint.

68. Bedrock has the exclusive right to use the Rock Vegas marks or any marks similar thereto in association with the sale of video gaming services and related products and services. As result of the continued sale of these services and items by Bedrock, the Rock Vegas mark has become recognizable and Bedrock has become identified in the public

mind as a leader in video poker/gaming provider and/or licensor of the products and services that the Rock Vegas mark is applied.

69. Bedrock has acquired a reputation among video gaming consumers for quality and excellence, and The Rock Vegas mark has come to symbolize that reputation.

70. Defendants', with knowledge of and with intentional disregard for the rights of Bedrock produced, advertised, and/or sold items using the Rock Vegas mark or confusingly similar imitations thereof, i.e. "Roc Vegas" and "RocVegas.com"

71. Defendant's use of the Rock Vegas mark has created the likelihood of confusion among consumers.

72. Defendant's acts constitute trademark infringement and willful infringement in violation of the common law of Illinois.

73. As a result of Defendants' conduct, Bedrock has suffered irreparable harm to its valuable Rock Vegas trademark and service mark and unless the Defendants are temporarily and permanently enjoined from further infringement Bedrock will continue to suffer irreparable harm.

74. A Temporary restraining order (TRO), preliminary, and permanent injunction is necessary to prevent Defendants from further interference with Bedrock's trademark rights.

75. As a result of Defendants' infringement, Bedrock has suffered damages, including but not limited to, Defendants' profits from its video gaming and the sale of all infringing items, actual damages, costs of suit, and attorney's fees.

<u>COUNT V</u>

<u>UNFAIR COMPETITION IN VIOLATION OF ILLINOIS COMMON LAW</u>

76. Bedrock incorporates by reference the allegations contained in paragraphs 1-43 of this Complainant.

77. Defendants' unlawful and unauthorized use of the Rock Vegas mark in connection with the sale of goods or video gaming services constitutes unfair competition in violation of the common law of Illinois because it is likely to cause confusion or misunderstanding as to the affiliation, connection, or association of Defendants' video gaming by or with Bedrock. Defendant have engaged in unfair competition by representing that Defendants have a sponsorship, approval, statutes, affiliation, authorization, or connection with Bedrock that it does not have.

78. Defendants' conduct creates consumer confusion as to the source and/or origin of the infringing video gaming services and related items.

79. Defendants' use of the Rock Vegas mark is an attempt to trade on Bedrock's goodwill in that mark.

80. Defendants' have willfully engaged in these acts of unfair competition.

81. As a result of Defendants' conduct, Bedrock has suffered irreparable harm to its valuable Rock Vegas marks. Unless Defendants are temporarily, preliminarily, and permanently enjoined from further unfair competition Bedrock will continue to suffer irreparable harm for which it has no adequate remedy at law.

82. A temporary restraining order (TRO) and a permanent injunction is necessary to prevent further Defendants from further interference with Bedrock's rights.

83. Defendants' unfair competition has caused Bedrock to incur damages, including but not limited to, Defendants' profits from video gaming and profits from the sale of infringing items, actual damages, costs of suit and attorney's fees.

COUNT VI

VIOLATION OF ILLINOIS DECEPTIVE TRADE PRACTICES ACT,

815 ILCS 510/1 et.seq.

84. Bedrock incorporates herein by reference the allegations contained in paragraphs 1-43 of this Complaint.

85. Defendants have passed off video gaming services and related goods as those of Bedrock. Defendants' has caused the likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, authorization, or certification by Bedrock of the infringing video gaming services and related items.

86. Defendants' have caused the likelihood of confusion or misunderstanding as to affiliation, connection, association with, or certification by Bedrock of the video gaming services and related items.

87. Defendants' have disparaged the business of Bedrock by false or misleading representations of fact.

88. Upon information and belief, Defendants have willfully engaged in the deceptive trade practices pleaded hereinabove even after notice and admonishments to cease and desist. (Exhibits J and K)

89. Defendants' deceptive trade practices have caused, and if not retrained by this Court, will continue to cause Bedrock irreparable injury for which Bedrock has no adequate remedy at law. Unless Defendants are temporarily, preliminarily, and permanently enjoined from further deceptive trade practices Bedrock will continue to suffer irreparable harm.

90. Because Defendants have willfully engaged in deceptive trade practices, costs of suit and attorney's fees should be assessed against Defendants.

F.   PRAYER FOR RELIEF

WHEREFORE, Bedrock prays for relief against the Defendants as follows:

a.  That Defendants, its officers, partners, agents, servants, affiliates, employees, attorneys, and representatives, and all those in privity or acting with consent or participation with Defendants and each and all of them be temporarily and permanently enjoined from:

(i)      Imitating copying, reproducing, or using, in any manner, the Rock Vegas mark or any other mark confusingly similar to the Rock Vegas mark, such as Roc Vegas, RocVegas.com, or Roc Vegas Strip.

(ii)     Committing any act that dilutes or is likely to dilute the distinctiveness of the Rock Vegas mark

(iii)    Committing any act that is likely to create the impression that Defendants' business, video gaming services, or products are in any way sponsored by, approved by, or otherwise affiliated or connected with Bedrock.

(iv)    Producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any video gaming related service or using any simulation, reproduction, counterfeit, copy or imitation of any Rock Vegas service mark or trademark or anything confusingly similar thereto; such as Roc Vegas, rocvegas.com, or Roc Vegas Strip.

(v)     Instructing, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iv) above.

b.  That Defendant be required to:

(i)     Deliver to Bedrock for destruction all advertising, signage, goods and materials bearing the Rock Vegas mark or anything confusingly similar thereto such as "Roc Vegas", "RocVegas.com", or Rock Vegas Strip which Defendants have in its possession or control, including, but not limited to, products, packaging, materials, signage, advertising materials, promotional materials, brochures, price lists, or any other materials bearing or containing the Rock Vegas marks or anything confusingly similar thereto such as Roc Vegas pursuant to 15 U. S. C. §1118;

(ii)    Recall and deliver to Bedrock for destruction all goods and material bearing the Rock Vegas marks ot anything confusingly similar thereto that have been previously distributed or sold;

(iii)   Pay compensatory damages to Bedrock in an amount to be determined at an evidentiary hearing or trial for the injuries Bedrock has sustained as a consequence of the acts complained of, pursuant to 15 U. S. C. §1117;

(iv)    Pay over to Bedrock all gains, profits from its video gaming terminals and advantages realized by Defendants as a consequence of the acts complained of, pursuant to 15 U. S. C. § 1117;

(v)     Pay over to Bedrock treble damages, or alternatively, Defendant's profits from video gaming and related activities being trebled, whichever is greater, pursuant to 15 U. S. C. §1117;

(vi)    Pay all of Bedrock's litigation expenses, including reasonable attorney's fees and costs of this action pursuant to 15 U. S. C. §1117;

(vii)   Pay with interest to Bedrock including pre-judgment interests on the foregoing sums; and

(viii)  File with this Court and serve on Bedrock an affidavit setting forth in detail the manner and form of Defendant's compliance with the terms of this Court's orders.

c.  That Defendant's domain name rocvegas.com be either cancelled , or transferred to Bedrock pursuant to 15 U. S. C. 15 §1117(d)

d.  That Bedrock be awarded such and other further relief as the Court may deem just and proper.

Respectfully submitted,

Gregory J. Ellis
Attorney for the Plaintiff

Gregory J. Ellis, Esq., Ltd.
5 Covered Bridge Road
South Barrington, Il 60010
847-842-0999
Attorney # 3127073

Exhibit A

# ILLINOIS GAMING BOARD

160 North LaSalle Street, 3rd Floor
Chicago, Illinois 60601
312-814-4700



## VIDEO GAMING LOCATION
## DISCLOSURE OF RECORDS

Name of Video Gaming Location Applicant :

`BEDROCK MANAGEMENT, INC.`

Disclosure Date :

`8/8/2012    4:19:29PM`

Section 80 of the Video Gaming Act provides, in part, that the provisions of the Riverboat Gambling Act shall apply to the Video Gaming Act. 230 ILCS 40/80. Section 5.1 of the Riverboat Gambling Act sets forth certain information regarding each applicant or licensee that the Board will make available to any person upon written request. 230 ILCS 10/5.1. The "5.1 Information" regarding applicants and licensees under the Video Gaming Act will also be made available upon written request.

Accordingly, **ALL APPLICANTS FOR LICENSURE MUST PROVIDE THE FOLLOWING INFORMATION WHICH  WILL BE PUBLICLY AVAILABLE TO ANYONE WHO REQUESTS IT.**

1.  The name, business address and business telephone number of any applicant or licensee.

**BEDROCK MANAGEMENT, INC.**
**351 W RT 173**
**847-525-3382**

2.  An identification of any applicant or licensee including, if an applicant or licensee is not an individual, the state of incorporation or registration, the corporate officers, and the identity of all shareholders or participants. If an applicant or licensee has a pending registration statement filed with the Securities and Exchange Commission, only

**BEDROCK MANAGEMENT, INC.**
**State of Illinois**
**WILLIAM ADAMS President 100%**

3.  An identification of any business, including, if applicable, the state of incorporation or registration, in which an applicant or licensee or an applicant's or licensee's spouse or children has an equity interest of more than 5%. If an applicant or licensee is a corporation, partnership or other business entity, the applicant or licensee shall identify any other corporation, partnership or business entity in which it has an equity interest of 5% or more, including, if applicable, the state of incorporation or registration. This information need not be provided by a corporation, partnership or other business entity that has a pending registration statement filed with the Securities and Exchange

**N/A**

4.  Whether an applicant or licensee has been indicted, convicted, pleaded guilty or nolo contendere, or forfeited bail concerning any criminal offense under the laws of any jurisdiction, either felony or misdemeanor (except for traffic violations), including the date, the name and location of the court, arresting agency and prosecuting agency, the case number, the offense, the disposition and the location and length of incarceration.

**N/A**

5.  Whether an applicant or licensee has had any license or certificate issued by a licensing authority in Illinois or any other jurisdiction denied, restricted, suspended, revoked or not renewed and a statement describing the facts and circumstances concerning the denial, restriction, suspension, revocation or non-renewal, including the licensing authority, the date each such action was taken, and the reason for each such action.

**N/A**

6.  Whether an applicant or licensee has ever filed or had filed against it a proceeding in bankruptcy or has ever been involved in any formal process to adjust, defer, suspend or otherwise work out the payment of any debt including the date of filing, the name and location of the court, the case and number of the disposition.

**N/A**

7.  Whether an applicant or licensee has filed, or been served with a complaint or other notice filed with any public body, regarding the delinquency in the payment of, or a dispute over the filings concerning the payment of, any tax required under federal, State or local law, including the amount, type of tax, the taxing agency and time periods

**N/A**

8. A statement listing the names and titles of all public officials or officers of any unit of government, and relatives of said public officials or officers who, directly or indirectly, own any financial interest in, have any beneficial interest in, are the creditors of or hold any debt instrument issued by, or hold or have any interest in any contractual or service relationship with, an applicant or licensee.

N/A

9. Whether an applicant or licensee has made, directly or indirectly, any political contribution, or any loans, donations or other payments, to any candidate or office holder, within 5 years from the date of filing the application, including the amount and the method of payment.

N/A

10. The name and business telephone number of the counsel representing an applicant or licensee in matters before the Board.

N/A

*(Paragraphs 11 and 12 below have been modified to provide information applicable for video gaming.)*

11. A description of any proposed or approved video gaming operation, including the type of location, and anticipated or actual number of employees.

is      Applicant seeks to be a licensed location and to provide video gaming terminals for play to the public.

12. A description of the product or service to be supplied by an applicant.

see Q.11 response



*The Art of Attitude*

**ROAD RAGE Designs**

**2449 PIERCE DR., SUITE 2, SPRING GROVE, ILLINOIS 60081**
**(815) 675-0690    (262) 206-0122   www.RoadRageDesigns.com**

○ TRUCK LETTERING
○ VEHICLE WRAPS
○ SIGNS & BANNERS
○ DESIGN SERVICES

## INVOICE #    ROC20130410

| | | | | |
|---|---|---|---|---|
| **Client Name** | Mike | Ruggles | **Date** | 4/10/2013 |
| **Company** | Rock Corner, Inc. | | | |
| **Address** | 351 Rt. 173 | | | |
| **City** | Spring Grove | | **State** IL | **Zip Code** 60081 |
| **Home Phone** | | | **Cell Phone** 847-514-1566 | |
| **Work Phone** | 815-675-0750 | | **VIN** | |
| **Email Address** | | | **Salesperson** | |

| Part # | Description | Quantity | Price | Total |
|---|---|---|---|---|
| Vinyl | Wall mural - Rock Vegas | 1 | 3000.00 | $3,000.00 |
| | paid in full - ck #31981 | | | |

Invoice Terms:  Payment due upon receipt of invoice.  All credit card payments are subject to 4%  checkout surcharge. Minimum order is $35.00.  All amounts not paid in full within thirty days are subject to a 1.5% interest rate per month. Terms of Sale: ALL INTERNET SALES ARE FINAL.  NO CASH REFUNDS!  Special orders must be paid in full.  All client vehicles must be insured by the client.  Estimates may be adjusted after inspection of the vehicle.  All estimates are good for thirty (30) days.  Two year warranty on vinyl graphics and installation if printed and installed by Road Rage, Inc.  No warranty on graphics or installation of graphics supplied by others. Void if non-specified chemicals or cleaning products are used, or user misuse or abuse.  See full warranty for details. Copy of full warranty available upon request. ARTWORK: All original artwork, mechanicals, sketches and materials designed by Road Rage, Inc. and it's employees is copywritten and is the property of Road Rage, Inc. It may not be used or reproduced without the premission of Road Rage, Inc. Payment of an artwork or layout fee is for the time it takes to design and/or layout the artwork only, and does not constitute transfer of ownership of the artwork and/or layout from Road Rage, Inc. to any other party. Absolutely no refunds of any kind for artwork

**I, the undersigned, hereby agree to pay the above amount using my credit card listed above.  I hereby agree that the payment is non-refundable and is in fact for actual services rendered and described above, which have in fact been performed to my satisfaction.  I understand that creative work and design are already performed and said goods and services have been approved and received by me to my satisfaction.  I forego any right to dispute this charge.**

| | |
|---|---|
| **Deposit:** | |
| **Cash/Check Total:** | $3,000.00 |
| **Credit Card Total:** | $3,120.00 |

Exhibit B

7/8/2014

351 W IL ROUTE 173 FOX LAKE IL | ROCK CORNER MARATHON, Gas Stations 60020 | MapQuest.com

## mapquest

Maps & Directions    MQ+MLB.com    Travel Blogs    Discover    Book Travel    Gas Prices    Mobile    About our Ads

More

Online Offers

Address, business, or landmark                    Search

Hotels in
FOX LAKE

i    Help Tips        Print        Send

# ROCK CORNER MARATHON

351 W IL ROUTE 173, FOX LAKE, IL 60020 | ☎ (815) 675-0750

ONLINE OFFERS   ▲ FOX LAKE Hotels   🏠 FOX LAKE Real Estate

JUMP TO:    Places Nearby    Recently Viewed

## ⓘ About This Place

FIND RELATED    Gas Stations, Marathon
PLACES

VERIFIED    Claim This Business

## 📍 Places Nearby

Hotels near FOX LAKE, IL



Change
Location

07/11/2014

7/8/2014

Bedrock Corner Fox Lake IL, 60020 – Manta.com

# Bedrock Corner (/c/mml20nh/bedrock-corner)

*Bedrock Management, Inc, Rock Corner Marathon*
351 W IL Route 173
Fox Lake, IL 60020 - View Map (/cmap/mml20nh/bedrock-corner)
Web: Citgo.com (http://api2.manta.com/urlutils/verify/http%3A%2F%2FCitgo.com)

📞 (815) 675-0750 (tel:8156750750)

📍 Map (/cmap/mml20nh/bedrock-corner)

Own This Business?

Bedrock Corner
A privately held company in Fox Lake, IL. *Is this your business? Claim This Profile*

**More Details for Bedrock Corner**

Categorized under Gasoline Service Stations. Our records show it was established in 2005 and incorporated in Illinois. Current estimates show this company has an annual revenue of $2.5 to 5 million and employs a staff of approximately 5 to 9.

**Company Contacts**
*Is this your business? Claim This Profile*



Mike Ruggles (/cs/mml20nh/bedrock-corner?
q=bedrock+corner+Fox+Lake+Illinois&cx=0005134543142473863593%3Aarvxicegnim&cof=FORID%3A10&type=contacts)
Owner

Search for more contacts (/cs/mml20nh/bedrock-corner?
q=bedrock+corner+Fox+Lake+Illinois&cx=0005134543142473863593%3Aarvxicegnim&cof=FORID%3A10&type=contacts)

# Business Information

**Location Type**    Single Location

http://www.manta.com/c/mml20nh/bedrock-corner                                                                    1/3

Exhibit C

VLS1A34

Illinois Gaming Board
Video Licensing System
Licensees approved at 03/20/2013 Board Meeting

8/21/2014
11:28 am
Page 24 of 25

| | | | |
|---|---|---|---|
| 900 South Jefferson Avenue<br>Du Quoin, IL 62832<br>Perry County | | | |
| Sterling Post 296, The American Legion, Inc.<br>601 1st Avenue<br>Sterling, IL 610813620<br>Whiteside County | d/b/a: | Sterling American Legion Post 296 | 120906429 |
| Sugar Grove American Legion Post #1271, Inc.<br>65 First Street<br>Sugar Grove, IL 60554<br>Kane County | d/b/a: | Sugar Grove American Legion Post #1271, Inc. | 120901428 |
| Sullivan American Legion Post 68<br>8 East Strain<br>Sullivan, IL 61951<br>Moultrie County | d/b/a: | Not applicable | 120903006 |
| The American Legion Robert D. Clark Post #1205, Inc.<br>203 N. Edgewood<br>Wood Dale, IL 60191<br>Dupage County | d/b/a: | Wood Dale American Legion | 120906458 |
| Veterans of Foreign Wars Old Capital Post #3862<br>2404 West St. Louis Avenue<br>Vandalia, IL 62471<br>Fayette County | d/b/a: | Vandalia VFW | 120904194 |
| Veterans of Foreign Wars, Post 1984, Inc.<br>1200 South 5th Avenue<br>Canton, IL 61520<br>Fulton County | d/b/a: | VFW Post 1984 | 130900124 |
| VFW Post 7676 Gieseking-Schwerdtfeger<br>302 W. Cumberland Road<br>Altamont, IL 62411<br>Effingham County | d/b/a: | Altamont VFW Post 7676 | 120902193 |

30

**Truck Stop Establishment**

| | | | |
|---|---|---|---|
| BEDROCK MANAGEMENT, INC.<br>351 W RT 173<br>FOX LAKE, IL 60020<br>Mchenry County | d/b/a: | ROCK CORNER MARATHON | 121007210 |
| Chronister Oil Company<br>1607 Morrissey<br>Bloomington, IL 61704<br>Mclean County | d/b/a: | QIK-N-EZ | 121007648 |
| Chronister Oil Company<br>4401 W. Wabash<br>Springfield, IL 62711<br>Sangamon County | d/b/a: | QIK-N-EZ | 121006062 |
| Chronister Oil Company<br>2800 Peoria Road<br>Springfield, IL 62702<br>Sangamon County | d/b/a: | QIK-N-EZ | 121002985 |
| Expresslane, Inc. | d/b/a: | Hillsdale Shell | 121006743 |

# Exhibit D



The Art of Attitude

**TRUCK LETTERING**
**VEHICLE WRAPS**
**SIGNS & BANNERS**
**DESIGN SERVICES**

2449 PIERCE DR., SUITE 2, SPRING GROVE, ILLINOIS 60081
(815) 675-0690    (262) 206-0122    www.RoadRageDesigns.com

### INVOICE #        ROC20130410

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | Mike | | Ruggles | **Date** | 4/10/2013 |
| **Company** | Rock Corner, Inc. | | | | |
| **Address** | 351 Rt. 173 | | | | |

| | | | | |
|---|---|---|---|---|
| **City** | Spring Grove | **State** IL | **Zip Code** | 60081 |
| **Home Phone** | | **Cell Phone** | 847-514-1566 | |
| **Work Phone** | 815-675-0750 | **VIN** | | |
| **Email Address** | | **Salesperson** | | |

| Part # | Description | Quantity | Price | Total |
|---|---|---|---|---|
| Vinyl | Wall mural - Rock Vegas | 1 | 3000.00 | $3,000.00 |
| | paid in full - ck #31981 | | | |

Invoice Terms:  Payment due upon receipt of invoice.  All credit card payments are subject to 4% checkout surcharge.  Minimum order is $35.00.  All amounts not paid in full within thirty days are subject to a 1.5% interest rate per month.  Terms of Sale: ALL INTERNET SALES ARE FINAL.  NO CASH REFUNDS!  Special orders must be paid in full.  All client vehicles must be insured by the client.  Estimates may be adjusted after inspection of the vehicle.  All estimates are good for thirty (30) days.  Two year warranty on vinyl graphics and installation if printed and installed by Road Rage, Inc.  No warranty on graphics or installation of graphics supplied by others.  Void if non-specified chemicals or cleaning products are used, or user misuse or abuse.  See full warranty for details.  Copy of full warranty available upon request.  ARTWORK: All original artwork, mechanicals, sketches and materials designed by Road Rage, Inc. and it's employees is copywritten and is the property of Road Rage, Inc.  It may not be used or reproduced without the premission of Road Rage, Inc.  Payment of an artwork or layout fee is for the time it takes to design and/or layout the artwork only, and does not constitute transfer of ownership of the artwork and/or layout from Road Rage, Inc. to any other party.  Absolutely no refunds of any kind for artwork.

**I, the undersigned, hereby agree to pay the above amount using my credit card listed above.  I hereby agree that the payment is non-refundable and is in fact for actual services rendered and described above, which have in fact been performed to my satisfaction.  I understand that creative work and design are already performed and said goods and services have been approved and received by me to my satisfaction.  I forego any right to dispute this charge.**

**Deposit:**

**Cash/Check Total:**  $3,000.00

**Credit Card Total:**  $3,120.00



Exhibit E





https://mail-attachment.googleusercontent.com/attachment/?view=att&th=14489264 2eaad17a&attid=0.1&disp=inline&safe=1&zw&saduie=AG9B_P-FUQLGV0iR5qYmzuEHq3x68&sadet=1393873759449&sads=gtsD...





*The Art of Attitude*

2449 PIERCE DR., SUITE 2, SPRING GROVE, ILLINOIS 60081
(815) 675-0690    (262) 206-0122    www.RoadRageDesigns.com

○ TRUCK LETTERING
○ VEHICLE WRAPS
○ SIGNS & BANNERS
○ DESIGN SERVICES

## INVOICE #    ROC20130912

**Client Name** Mike        Ruggles            **Date** 9/12/2013
**Company** Rock Corner, Inc.
**Address** 351 Rt. 173

**City** Spring Grove        **State** IL    **Zip Code** 60081
**Home Phone**                **Cell Phone** 847-514-1566
**Work Phone** 815-675-0750        **VIN**
**Email Address** mjruggles@netruggles.com        **Salesperson**

| Part # | Description | Quantity | Price | Total |
|--------|-------------|----------|-------|-------|
| VINYL | 12" x 19.5" PVC Pump Toppers - Rock Corner) | 18 | 15.75 | $283.50 |
| VINYL | 12" x 19.5" PVC Pump Toppers - Wheatland | 18 | 15.75 | $283.50 |
| VINYL | 96" x 48" White Wood Sign- (1) Rock Corner, (1) Wheatland | 2 | 604.76 | $1,209.52 |
| VINYL | 96" x 48" Coroplast Sign - Wheatland | 1 | 267.72 | $267.72 |
| DESIGN | Artwork (Hours) | 1.5 | 100.00 | $150.00 |

Paid In Full

Invoice Terms: Payment due upon receipt of invoice. All credit card payments are subject to 4% checkout surcharge. Minimum order is $35.00. All amounts not paid in full within thirty days are subject to a 1.5% interest rate per month. Terms of Sale: ALL INTERNET SALES ARE FINAL. NO CASH REFUNDS! Special orders must be paid in full. All client vehicles must be insured by the client. Estimates may be adjusted after inspection of the vehicle. All estimates are good for thirty (30) days. Two year warranty on vinyl graphics and installation if printed and installed by Road Rage, Inc. No warranty on graphics or installation of graphics supplied by others. Void if non-specified chemicals or cleaning products are used, or user misuse or abuse. See full warranty for details. Copy of full warranty available upon request. ARTWORK: All original artwork, mechanicals, sketches and materials designed by Road Rage, Inc. and it's employees is copywritten and is the property of Road Rage, Inc. It may not be used or reproduced without the premission of Road Rage, Inc. Payment of an artwork or layout fee is for the time it takes to design and/or layout the artwork only, and does not constitute transfer of ownership of the artwork and/or layout from Road Rage, Inc. to any other party. Absolutely no refunds of any kind for artwork.
**I, the undersigned, hereby agree to pay the above amount using my credit card listed above. I hereby agree that the payment is non-refundable and is in fact for actual services rendered and described above, which have in fact been performed to my satisfaction. I understand that creative work and design are already performed and said goods and services have been approved and received by me to my satisfaction. I forego any right to dispute this charge.**

**Deposit:**

**Cash/Check Total:** $2,194.24

**Credit Card Total:** $2,282.01



The Art of Attitude

**TRUCK LETTERING**
**VEHICLE WRAPS**
**SIGNS & BANNERS**
**DESIGN SERVICES**

2449 PIERCE DR., SUITE 2, SPRING GROVE, ILLINOIS 60081
(815) 675-0690     (262) 206-0122     www.RoadRageDesigns.com

## INVOICE #        ROC20131007

| | | |
|---|---|---|
| **Client Name** Mike | Ruggles | **Date** 10/7/2013 |
| **Company** Rock Corner, Inc. | | |
| **Address** 351 Rt. 173 | | |

| | | |
|---|---|---|
| **City** Spring Grove | **State** IL | **Zip Code** 60081 |
| **Home Phone** | **Cell Phone** 847-514-1566 | |
| **Work Phone** 815-675-0750 | **VIN** | |
| **Email Address** mjruggles@netruggles.com | **Salesperson** | |

| Part # | Description | Quantity | Price | Total |
|---|---|---|---|---|
| VINYL | 12" x 19.5" PVC Pump Toppers w/lam - Wheatland (map) | 3 | 17.92 | $53.76 |
| VINYL | 12" x 19.5" PVC Pump Toppers w/lam - Wheatland | 18 | 17.92 | $322.56 |
| VINYL | Rock Vegas Sign Overlays installed - Wheatland | 2 | 80.00 | $160.00 |
| VINYL | Counter Graphics - installed | 2 | 579.47 | $1,158.94 |

Paid In Full CK #32701

Invoice Terms: Payment due upon receipt of invoice. All credit card payments are subject to 4% checkout surcharge. Minimum order is $35.00. All amounts not paid in full within thirty days are subject to a 1.5% interest rate per month. Terms of Sale: ALL INTERNET SALES ARE FINAL. NO CASH REFUNDS! Special orders must be paid in full. All client vehicles must be insured by the client. Estimates may be adjusted after inspection of the vehicle. All estimates are good for thirty (30) days. Two year warranty on vinyl graphics and installation if printed and installed by Road Rage, Inc. No warranty on graphics or installation of graphics supplied by others. Void if non-specified chemicals or cleaning products are used, or user misuse or abuse. See full warranty for details. Copy of full warranty available upon request. ARTWORK: All original artwork, mechanicals, sketches and materials designed by Road Rage, Inc. and it's employees is copywritten and is the property of Road Rage, Inc. It may not be used or reproduced without the premission of Road Rage, Inc. Payment of an artwork or layout fee is for the time it takes to design and/or layout the artwork only, and does not constitute transfer of ownership of the artwork and/or layout from Road Rage, Inc. to any other party. Absolutely no refunds of any kind for artwork

**I, the undersigned, hereby agree to pay the above amount using my credit card listed above. I hereby agree that the payment is non-refundable and is in fact for actual services rendered and described above, which have in fact been performed to my satisfaction. I understand that creative work and design are already performed and said goods and services have been approved and received by me to my satisfaction. I forego any right to dispute this charge.**

**Deposit:**

**Cash/Check Total:** $1,695.26

**Credit Card Total:** $1,763.07



The Art of Attitude

2449 PIERCE DR., SUITE 2, SPRING GROVE, ILLINOIS 60081
(815) 675-0690 (262) 206-0122 www.RoadRageDesigns.com

○ TRUCK LETTERING
○ VEHICLE WRAPS
○ SIGNS & BANNERS
○ DESIGN SERVICES

## INVOICE #     ROC20131115

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | Mike | Ruggles | | **Date** | 11/15/2013 |
| **Company** | Rock Corner, Inc. | | | | |
| **Address** | 351 Rt. 173 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **City** | Spring Grove | | **State** IL | **Zip Code** | 60081 |
| **Home Phone** | | | **Cell Phone** | 847-514-1566 | |
| **Work Phone** | 815-675-0750 | | **VIN** | | |
| **Email Address** | mjruggles@netruggles.com | | **Salesperson** | | |

| Part # | Description | Quantity | Price | Total |
|---|---|---|---|---|
| VINYL | Billboard - printed, laminated and mounted to white wood | 1 | 1756.00 | $1,756.00 |
| VINYL | 7' x 14' Banner | 1 | 415.00 | $415.00 |
| VINYL | Full Wrap on GMC Van | 1 | 3500.00 | $3,500.00 |

Paid in Full CK #32867

Invoice Terms: Payment due upon receipt of invoice. All credit card payments are subject to 4% checkout surcharge. Minimum order is $35.00. All amounts not paid in full within thirty days are subject to a 1.5% interest rate per month. Terms of Sale: ALL INTERNET SALES ARE FINAL. NO CASH REFUNDS! Special orders must be paid in full. All client vehicles must be insured by the client. Estimates may be adjusted after inspection of the vehicle. All estimates are good for thirty (30) days. Two year warranty on vinyl graphics and installation if printed and installed by Road Rage, Inc. No warranty on graphics or installation of graphics supplied by others. Void if non-specified chemicals or cleaning products are used, or user misuse or abuse. See full warranty for details. Copy of full warranty available upon request. ARTWORK: All original artwork, mechanicals, sketches and materials designed by Road Rage, Inc. and it's employees is copywritten and is the property of Road Rage, Inc. It may not be used or reproduced without the premission of Road Rage, Inc. Payment of an artwork or layout fee is for the time it takes to design and/or layout the artwork only, and does not constitute transfer of ownership of the artwork and/or layout from Road Rage, Inc. to any other party. Absolutely no refunds of any kind for artwork.

**I, the undersigned, hereby agree to pay the above amount using my credit card listed above. I hereby agree that the payment is non-refundable and is in fact for actual services rendered and described above, which have in fact been performed to my satisfaction. I understand that creative work and design are already performed and said goods and services have been approved and received by me to my satisfaction. I forego any right to dispute this charge.**

**Deposit:**

**Cash/Check Total:** $5,671.00

**Credit Card Total:** $5,897.84

Exhibit F

# STATE of ILLINOIS

## CERTIFICATE OF REGISTRATION

Whereas, it appears from the application of **BEDROCK MANAGEMENT, INC., an ILLINOIS corporation** located and doing business at **351 W ILM RT 173, FOX LAKE, IL 60020** , that said applicant has adopted and is using, within the State of Illinois, a certain **TRADEMARK**, which is described as follows: **"ROCK VEGAS - WORD ONLY"** a specimen or facsimile of which mark, as currently used, is attached hereto:



The mark was first used on **October 10, 2013** and first used in the state of Illinois on **October 10, 2013**, the mark is being used by said applicant to identify and distinguish **"VIDEO GAMING AND AMUSEMENT"** in class **T-028**.

The application has been duly examined and has been found acceptable for registration according to the laws of this State. Said mark is therefore, registered as of this day, number **106406** for a five year period.

In Witness Whereof, I have hereunto set my hand and caused to be affixed the Great Seal of State, at the Capitol in the city of Springfield, March 11, 2014.

*Jesse White*

JESSE WHITE
SECRETARY OF STATE

# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

March 11, 2014
Reg. #: 106406

GREGORY J ELLIS ESQ LTD
18 EXECUTIVE COURT
SOUTH BARRINGTON, IL 60010

RE: ROCK VEGAS - WORD ONLY

Enclosed is a Certificate of Registration for the referenced mark.
Receipt is hereby acknowledged of the statutory fee covering the cost of
the same.

Marks are currently effective for a term of five years from the date of
registration. A renewal notice will be sent to the Registrant at the
address on file in this office. Such notice will be sent approximately
60 days prior to the expiration date along with a Renewal Application
form.

It is the responsibility of the Registrant to notify this office of any
change in address by filing the appropriate form.

All forms used in the Trademark/Service Mark office may be downloaded
from our website at www.cyberdriveillinois.com. Click on "Publications",
then "Trademark".

Sincerely,

Jesse White
Trademark Section
Department of Business Services
Room 330, Howlett Building
Springfield, IL 62756

Exhibit G

http://rocvegas.com/contact.html

7/8/2014



Home

Locations

Roc
Vegas
Rewards!

Double
Down
Casino!

Slot
Machir

Contact

The People's choice Entertainm
2477 Grand Avenue Waukegan I
Phone 847-360-8000







Home    Locations    Roc Vegas Rewards

ive Video Gaming, With Big Cash

t Each Of Our Locations You will Have A

1oose From With All The Latest Games!

1 addition CLICK on the game im

etailed description of each gai

ease note as this website is still unde

ay not be available.





Exhibit H

VLS1A34

Illinois Gaming Board
Video Licensing System
Licensees approved at 05/23/2013 Board Meeting

8/21/2014
11:33 am
Page 38 of 48

| | | | |
|---|---|---|---|
| 210 Cromwell Dr.<br>Henry, IL 61537<br>Marshall County | | | |
| The Landings at Henry Harbor, LLC<br>210 Cromwell Dr.<br>Henry, IL 61537<br>Marshall County | d/b/a: | The Landings at Henry Harbor | 120708616 |
| The Nite Deposit, Inc.<br>28 E Main Street<br>Mascoutah, IL 62258<br>St. Clair County | d/b/a: | The Nite Deposit | 120708139 |
| The Nite Deposit, Inc.<br>28 E Main Street<br>Mascoutah, IL 62258<br>St. Clair County | d/b/a: | The Nite Deposit | 120708139 |
| The Peoples Choice Entertainment, Inc.<br>2411 Grand Ave.<br>Waukegan, IL 60085<br>Lake County | d/b/a: | The Peoples Choice Family Fun Center | 120708639 |
| The Peoples Choice Entertainment, Inc.<br>2411 Grand Ave.<br>Waukegan, IL 60085<br>Lake County | d/b/a: | The Peoples Choice Family Fun Center | 120708639 |
| The Vault Cafe & Bar Inc.<br>308 Canal Street<br>Lemont, IL 604397229<br>Cook County | d/b/a: | The Vault Cafe & Bar | 120708219 |
| The Vault Cafe & Bar Inc.<br>308 Canal Street<br>Lemont, IL 604397229<br>Cook County | d/b/a: | The Vault Cafe & Bar | 120708219 |
| Third Base Lounge, Inc.<br>508-510 Moen Ave<br>Rockdale, IL 60436<br>Will County | d/b/a: | Third Base Lounge | 120705564 |
| Third Base Lounge, Inc.<br>508-510 Moen Ave<br>Rockdale, IL 60436<br>Will County | d/b/a: | Third Base Lounge | 120705564 |
| Tin Ceiling Tavern, LTD.<br>2012 Ridge Rd.<br>Homewood, IL 60430<br>Cook County | d/b/a: | Tin Ceiling Tavern | 120709426 |
| Tin Ceiling Tavern, LTD.<br>2012 Ridge Rd.<br>Homewood, IL 60430<br>Cook County | d/b/a: | Tin Ceiling Tavern | 120709426 |
| Tjolo's Corporation | d/b/a: | Main St Grill | 120700234 |

# Exhibit I

Whois rocvegas.com

http://www.whois/whois/rocvegas.com



Identity for everyone

Whois Lookup

Domains    Web Hosting    Servers    Email    Security    Website Builder    WHOIS    Support

## rocvegas.com registry whois

Updated 1 second ago - Refresh

Hot Deals!

Domain Name: ROCVEGAS.COM
Registrar: GODADDY.COM, LLC
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS55.DOMAINCONTROL.COM
Name Server: NS56.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 08-feb-2014
Creation Date: 08-dec-2013
Expiration Date: 08-feb-2015

## rocvegas.com registrar whois

Updated 1 second ago

Domain Name: ROCVEGAS.COM
Registry Domain ID: 1838430059_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-02-08 18:09:56
Creation Date: 2013-12-08 20:37:09
Registrar Registration Expiration Date: 2015-02-08 06:59:59
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: John Sarantakis
Registrant Organization:
Registrant Street: 2411 Grand Ave
Registrant City: Waukegan
Registrant State/Province: Illinois
Registrant Postal Code: 60085
Registrant Country: United States
Registrant Phone: (847) 360-8000
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: john@funwithrocky.com
Registry Admin ID:
Admin Name: John Sarantakis
Admin Organization:
Admin Street: 2411 Grand Ave
Admin City: Waukegan
Admin State/Province: Illinois
Admin Postal Code: 60085
Admin Country: United States
Admin Phone: (847) 360-8000
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: john@funwithrocky.com
Registry Tech ID:
Tech Name: John Sarantakis
Tech Organization:
Tech Street: 2411 Grand Ave
Tech City: Waukegan
Tech State/Province: Illinois
Tech Postal Code: 60085
Tech Country: United States
Tech Phone: (847) 360-8000
Tech Phone Ext:
Tech Fax:



.ORG @ $4.88 $10.88

Web Hosting

Easy. Reliable. Affordable.
- Unlimited Disk Space
- Unlimited Data Transfer
- Unlimited Databases
- Unlimited Email Accounts
- 30 Day Money Back Guarantee

View Plans

Starts @ $3.88/mo

1 of 2

8/21/2014 11:15 AM

Whois rocvegas.com

Tech Fax Ext:
Tech Email: john@funwithrocky.com
Name Server: NS55.DOMAINCONTROL.COM
Name Server: NS56.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-08-21T16:00:00Z

The data contained in GoDaddy.com, LLC's Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

related domain names

godaddy.com    domaincontrol.com    funwithrocky.com    internic.net

| Domains | Hosting & Products | Infrastructure | Support | |
|---|---|---|---|---|
| Register Domain Name | Linux Hosting | Datacenter Details | View Knowledge Base | Follow us on Twitter for Exclusive Offers! |
| View Domain Pricing | Windows Hosting | Hosting Security | Contact Support | |
| Bulk Domain Register | Linux Reseller Hosting | 24 x 7 Servers Monitoring | Report Abuse | |
| Bulk Domain Transfer | Windows Reseller Hosting | Backup and Recovery | About Whois | |
| Whois Lookup | Virtual Private Servers | | | |
| Name Suggestion Tool | Dedicated Servers | | | |
| Free with Every Domain | Website Builder | | | |
| View Promos | Email | | | |
| | SSL | | | |
| | Sitelock | | | |

Copyright © Whois.com. All rights reserved

Privacy Policy | Legal Agreement

8/21/2014 11:15 AM

Exhibit J

**Gregory J. Ellis, Esq., Ltd.**
5 Covered Bridge Road
South Barrington, IL 60010
847-842-0999
gregellisesq@gmail.com

---

Via Certified Mail

June 30, 2014

John Sarantakis, President
16926 Johnathan Lane
Gurnee, IL 60031

Dear Mr. Sarantakis, President,

We are counsel for Bedrock Management, Inc., an Illinois corporation. Like you, our company is registered to operate video poker terminals/gaming.

It has come to the attention of our client that your company recently opened video gaming at two establishments in Waukegan and Lindenhurst, Illinois and that you are planning to open more locations with video gaming. Your gaming is ancillary to your pizza and other businesses. The use your of the name "Roc Vegas" creates a problem. Please be advised our client owns the exclusive trademark registration with the State of Illinois, Secretary of State, for the mark "Rock Vegas" related to video gaming and amusement services. (See Reg. No. 106406) The foregoing registration has not been abandoned, revoked or rejected. The registration for "Rock Vegas" is active and enforceable. You are using the same name for video gaming.

As you can imagine our client has invested significant time, money and other resources developing the "Rock Vegas" mark, and substantially more resources using its own marketing and advertising practices to promote its video gaming.

Thus, it is imperative to our client that its "Rock Vegas" mark is protected to the fullest extent permitted by State and Federal law and that the public is not deceived as to the affiliation between its business activities and your own. Your activities have infringed upon our client's rights and must cease immediately.

Specifically, your use of the name "Roc Vegas" in association with your company's video gaming and amusement services constitutes trademark infringement and unfair competition under State and Federal laws. Your use of the

virtually identical "Roc Vegas" mark creates a strong likelihood of confusion among the relevant consuming public ---players of video poker and gaming. Anyone visiting your establishment could easily draw the conclusion or assume incorrectly that there is some connection with to endorsement of your activities by my client, the Bedrock Management Company. This "likelihood of confusion" determination lies at the heart of infringement analysis. Pursuant to State and Federal law, mark owners are entitled to significant remedies against infringers of their marks, including immediate (TRO), permanent injunctive relief, and triple damages. Thus, your actions have potentially exposed you to significant damages.

We understand that The Peoples Choice Entertainment, Inc. operates several successful Rocky's Pizza and Family Fun Center businesses. The video poker gaming is a new addition to your business. Our client got their gaming license before your company. They were the first to use "Rock Vegas" and had it trademarked/service marked. Perhaps you could simply change the video gaming sections to "Rocky's Vegas" Strip instead of "Roc Vegas". We both can't use the same name for the same business --- video gaming.

Legal action is warranted. However, our client would prefer to resolve this matter amicably and without the necessity of court action, if such resolution can be done expeditiously. As such, please respond to this letter by no later than July 11, 2014 to discuss potential resolution of all outstanding issues. This matter can be quickly resolved.

Thank you in advance for your anticipated cooperation. Please feel free to contact me with any questions or comments.

Very truly yours,

Gregory J. Ellis, Esq.

Order status at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
*******************************
*******************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/pobxes.
*******************************
*******************************

Bill#:100030197437
Clerk:17

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*******************************
*******************************
HELP US SERVE YOU BETTER

Go to:
https://postalexperience.com/Pos
TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*******************************
*******************************

Customer Copy

---

BARRINGTON MPO
BARRINGTON, Illinois
600105268
1615400310-0097
(800)275-8777 05:11:22 PM
06/30/2014

=================================
Sales Receipt
Product               Qty   Price
Description         Sale Unit  Final
                         Price
=================================
GURNEE IL 60031-2445 Zone-1      $0.49
First-Class Mail Letter
   0.50 oz.
Expected Delivery: Wed 07/02/14
Return Rcpt (Green                $2.70
Card)
USPS Certified                    $3.30
USPS Certified Mail #:
7013171000019029359
                              ==========
Issue PVI:                        $6.49

Total:                            $6.49
                              ==========
Paid by:
VISA                              $6.49
Account #:        XXXXXXXXXXXX0438
Approval #:            03534C
Transaction #:         659
2390330058

@@ For tracking or inquiries go to,
USPS.com or call 1-800-222-1811.

---

7013 1710 0001 9029 0359

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| GURNEE IL 60031 | 0010 |
| Postage | $ $0.49 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.49 |

Postmark
Here
17
06/30/2014

Sent To  *John Sarantakis*
Street, Apt No.;  *7896 Johnathan Lane*
or PO Box No.
City, State, ZIP+4  *Gurnee, IL 60031*

PS Form 3800, August 2006          See Reverse for Instructions

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Mr. Gregory Ellis
5 Covered Bridge Rd
South Barrington, IL
60010

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Sarantakis
16926 Johnathan
Gurnee, IL
60031

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
JEAN SARANTAKIS  7-8-14

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7013 1710 0001 9029 0359

PS Form 3811, July 2013          Domestic Return Receipt

Exhibit K

## Gregory J. Ellis, Esq., Ltd.
5 Covered Bridge Road
South Barrington, IL 60010
847-842-0999
gregellisesq@gmail.com

August 14, 2014

Robert M. Riffle, Esq.
133A S. Main Street
Morton, IL 61550

Subject: DEMAND LETTER

Bob,

      This is a cease and desist letter and will be introduced in Court if need be. I was shocked to hear our agreement fell apart. RockVegas/RocVegas is a clear and obvious trademark infringement of my client's rights. There is simply no defense to your client's use of the same name for gaming purposes.

      There is no option except that "RocVegas" no longer be used. If we do not reach an agreement to that effect by end of the day Monday, August 18, 2014, we will file an action for a Temporary Restraining Order (TRO) in Federal Court for trademark infringement and unfair competition.

      Damages will include attorney's fess, the increase in your client's gaming revenues since the Roc Vegas name was used at the two (2) locations with a total of 10 gaming terminals, and other damages allowed by statute and the facts.

Very truly yours,

Gregory J. Ellis